

**FILED**

12/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

_____

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

O R D E R

_____

Jonathan J. Ballie has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Ballie has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Jonathan J. Ballie may be sworn in to the practice of law in the State of Montana.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 4ᵗʰ day of December, 2024.

_____
Chief Justice

_____

_____

**FILED**

DEC 0 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____
Justices